Jerome MADISON, Defendant Below, Appellant,

v.

State of DELAWARE, Plaintiff Below, Appellee.

No. 147, 2015

Supreme Court of Delaware.

Submitted: November 6, 2015

Decided: January 28, 2016

Corrected: February 29, 2016

Reargument Denied February 29, 2016

AFFIRMED.

Tyrone Jermaine MARTIN, Defendant Below--Appellant,

v,

STATE of Delaware, Plaintiff Below--Appellee.

No. 512, 2015

Supreme Court of Delaware.

Submitted: December 16, 2015

Decided: February 10, 2016

AFFIRMED.

Dwayne JONES, Defendant Below--Appellant,

v.

STATE of Delaware, Plaintiff Below--Appellee.

No. 436, 2015

Supreme Court of Delaware.

Submitted: December 29, 2015

Decided: February 11, 2016

AFFIRMED.